IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. CULMER, | : |
|     Petitioner | : |
|     v. | : Case No. 3:22-cv-56-KAP |
| CHRISTIAN SMITH, WARDEN, | : |
| CAMBRIA COUNTY PRISON, | : |
|     Respondent | : |

### Memorandum Order

Defendant Daniel Culmer is awaiting trial in United States v. Culmer, Case No. 3:21-cr-16-KRG-KAP-32 (W.D.Pa.). He is also serving a sentence of supervised release imposed at United States v. Culmer, Case No. 3:17-cr-5-KRG-KAP-32 (W.D.Pa.). The charges pending against Culmer are alleged as a violation of the terms of Culmer's supervised release in Case No. 3:17-cr-5-KRG-KAP (W.D.Pa.). Judge Gibson has ordered Culmer's detention without bond pending revocation proceedings on the supervised release violation.

As Culmer has already done once before this year, he has sent a *pro se* motion to the Clerk styled as a habeas corpus petition (and he also mentions Section 2255). As with the previous matter that was docketed as Culmer v. United States, Case No. 3:22-cv-4-PLD (W.D.Pa.) and referred to Magistrate Judge Dodge, this matter is ordered closed, and the motion is ordered to be filed in the criminal matter.

DATE: April 27, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Daniel Culmer #21-1348
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931